■ In the Matter of NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of KIMMIE W., Respondent, v RANDY M., Appellant. (Appeal No. 1.) [616 NYS2d 282] —Appeal

unanimously dismissed without costs. Same Memorandum as *Matter of Niagara County Dept. of Social Servs. (Kimmie W.) v Randy M.* (206 AD2d 878 [decided herewith]). (Appeal from Order of Niagara County Family Court, Lerch, H.E.—Support.) Present—Denman, P. J., Fallon, Wesley, Doerr and Boehm, JJ.